# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Fort Lauderdale Courtroom 310         Date: 5/29/2025   Time: 11:00AM

**Defendant:** Makail Malik Knight-Lewis (WRIT)   **J#:** 85268-511   **Case #:** 0:25-mj-06320-PAB-1

**AUSA:** Joseph A. Cooley   **Attorney:** Gennaro Cariglio (CJA)

**Violation:** 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**Proceeding:** Initial Appearance   **CJA Appt:** Gennaro Cariglio [5/29/2025]

**Bond/PTD Held:** ☐ Yes ☒   **Recommended Bond:** Pretrial Detention

**Bond Set at:**                  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**

Defendant Present. Government oral motion to unseal the case- Granted-. See order Provided. Defendant advised of his rights and charges. Defendant was sworn and testified as to appointing counsel. Due to a conflict with the Public Defender's Office, Court appoints CJA Gennaro Cariglio. CJA Gennaro Cariglio accepted appointment via telephone in open court. Defendant oral motion to appoint counsel (CJA)- Granted. Government oral motion for Pretrial Detention Hearing-Granted-. Defense oral motion to continue Pretrial Detention Hearing-Granted-. Brady Order Entered Today.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**

**PTD/Bond Hearing:** 6/3/2025 @10:30AM FTL Duty

**Prelim/Arraign or Removal:** 6/12/2025 at 11:00AM FTL Duty Court

**Status Conference RE:**

**D.A.R.** 11:04:44                                   **Time in Court:** 10 Minutes

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..