# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

**Fort Lauderdale Courtroom 310**          Date: 6/3/2025    Time: 10:30AM

**0:25-mj-06320-PAB-1**

Defendant: **Makail Malik Knight-Lewis**    J#: 85268-511    Case #: _____

**AUSA:** Joseph A. Cooley    Attorney: **Gennaro Cariglio (CJA)**

Violation: 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

Proceeding: Detention Hearing          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: Pretrial Detention

Bond Set at: _____          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS **as directed**/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

Defendant Present.  Detention Hearing Held Today. Government proceeds by proffer. Agent Chelsey Hibsch was sworn and testified in open court.  Defense ore tenus motion for JENCKS materials- Granted-. Defense ore tenus motion to continue Detention Hearing to allow the Government time to provide JENCKS materials for review- Granted-. The time from today until Friday 6/6/2025 will be excluded from the Speedy Trial.

**NEXT COURT APPEARANCE** Date: _____ Time: _____ Judge: _____ Place: _____

**Report RE Counsel**: _____

**PTD**/Bond Hearing: 6/6/2025 @10:30AM FTL Duty

Prelim/**Arraign** or Removal: 6/12/2025 at 11:00AM FTL Duty Court

Status Conference RE: _____

D.A.R. **10:59:25** _____          Time in Court: **10 Minutes**

CHECK IF APPLICABLE: **X** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including **6/6/2025**, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..